IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL MARIE GALVIN,<br><br>Defendant. | CASE NO. 2:17-CR-00037-TLN<br><br>ORDER DENYING MOTION TO DEFER PAYMENTS |

Defendant Angel Marie Galvin ("Galvin"), a federal prisoner, moves the Court to defer Court ordered payments of the fees and restitution she owes until she is released from prison and placed on supervised release. (ECF No. 40.) This Court sentenced Galvin to a term of incarceration on July 27, 2017. (ECF No. 36) At that sentencing hearing, the Court also ordered Galvin to pay fees and restitution at a rate of not less than $25 per quarter during incarceration. (ECF No. 38 at 7.) Galvin moves for deferral, arguing these payments present a hardship for her. (ECF No. 40.) The Court will not defer these payment. Accordingly, the Court hereby DENIES Galvin's Motion to Defer Payments (ECF No. 40).

IT IS SO ORDERED.

Dated: 1/31/2018

Troy L. Nunley
United States District Judge

1